UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE HUGHES**,<br>        Plaintiff,<br><br>    v.<br><br>**S.A.W. ENTERTAINMENT, LTD**,<br>        Defendant. | Case No. 16-cv-03371-YGR<br><br>**ORDER TO SHOW CAUSE RE: APPLICATION OF SHANNON LISS-RIORDAN FOR ADMISSION *PRO HAC VICE***<br><br>Re: Dkt. No. 6 |

Shannon Liss-Riordan, Esq., has filed an application for admission *pro hac vice*. (Dkt. No. 6.) Rule 11-3(b) of the Northern District of California's Civil Local Rules provides:

> **Disqualification from *Pro Hac Vice* Appearance.** Unless authorized by an Act of Congress or by an order of the assigned judge, an applicant is not eligible for permission to practice *pro hac vice* if the applicant:
>     (1) Resides in the State of California; or
>     (2) Is regularly engaged in the practice of law in the State of California.
> This disqualification shall not be applicable if the *pro hac vice* applicant (i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and
>     (3) Has officially registered to take or is awaiting his or her results from the California State Bar exam.

N.D. Cal. Civil L.R. 11-3(b).

The Court's records indicate that Ms. Liss-Riordan is counsel in 12 cases filed in the Northern District of California, 10 of which have been filed in the last three years, and 9 of which are still pending at this time, including the instant action. The Court is not aware whether Ms. Liss-Riordan practices in other state or federal courts in the State of California.

Accordingly, Shannon Liss-Riordan is hereby **ORDERED TO SHOW CAUSE** why the Court should not deny her application for admission *pro hac vice* pursuant to Civil Local Rule 11-3(b).

*See generally Ang v. Bimbo Bakeries USA, Inc.*, No. 13-cv-1196 WHO, 2015 WL 1474866, *2-3 (N.D. Cal. Jan. 14, 2015) (overruling objection to *pro hace vice* application); *Guguni v. Chertoff*, No. C-08-1850 JL, 2008 LW 2080788, *1 (N.D. Cal. 2008) (vacating order granting application to appear *pro hac vice*).

No later than **August 5, 2016**, Ms. Liss-Riordan shall either file a written response to this order to show cause or withdraw her *pro hac vice* application. The matter shall be deemed submitted unless the Court notifies counsel of a hearing.

**IT IS SO ORDERED.**

Dated: July 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**