UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE HUGHES**,<br>         Plaintiff,<br><br>   v.<br><br>**S.A.W. ENTERTAINMENT, LTD**,<br>         Defendant. | Case No. 16-cv-03371-YGR<br><br>**ORDER DISCHARGING OSC AND GRANTING APPLICATION OF SHANNON LISS-RIORDAN FOR ADMISSION *PRO HAC VICE*** <br><br>Re: Dkt. No. 6 |

On July 25, 2016, the Court issued an Order to Show Cause (OSC) why the application of Shannon Liss-Riordan, Esq., should not be denied based upon the prohibition in Rule 11-3(b)(2) of the Northern District of California's Civil Local Rules for applicants regularly engaged in the practice of law in the State of California. Plaintiff's response and the Declaration of Shannon Liss-Riordan (Dkt. Nos. 14, 15) submit that Liss-Riordan falls into the exception in Rule 11-3(b)(2) for an applicant who "(i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and (3) has officially registered to take or is awaiting his or her results from the California State Bar exam." N.D. Cal. Civil L.R. 11-3(b). Liss-Riordan indicates she has completed all required applications for admission, has taken and passed the California Bar exam as of February 2016, and is awaiting approval of her Moral Character Application, which was submitted in May 2016. She indicates that she is a resident of Massachusetts, not California. The

Court agrees that the exception in Rule 11-3(b)(2) applies.

Based upon this further information, the Court **DISCHARGES** the OSC and **GRANTS** the Application of Shannon Liss-Riordan for Admission Pro Hac Vice herein as counsel for Plaintiff.

**IT IS SO ORDERED.**

Dated: August 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**