UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE HUGHES**,<br><br>    Plaintiff,<br><br>  v.<br><br>**S.A.W. ENTERTAINMENT, LTD**,<br><br>    Defendant. | Case No. 16-cv-03371-YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND ORDER OF REFERENCE FOR ALL PURPOSES TO MAGISTRATE JUDGE BEELER**<br><br>Re: Dkt. No. 47 |

The Court previously ordered Defendants to show cause concerning referral to Magistrate Judge Beeler in light of their motion to stay or dismiss the instant action as being "subsumed by" an action before Magistrate Judge Beeler. Defendants filed their response indicating that they consent to the jurisdiction of Magistrate Judge Beeler for all purposes.

In light thereof, the Court **ORDERS** that:

(1) the Order to Show Cause issued November 22, 2016 is **VACATED**;

(2) pursuant to Local Rule 72-1 and the consent of the parties, this matter is **REFERRED** to Magistrate Judge Laurel Beeler for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Beeler.

**IT IS SO ORDERED.**

Dated: November 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Intake/Magistrate Judge Beeler