Douglas J. Melton, Bar No. 161353
Shane M. Cahill, Bar No. 227972
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
E-mail: dmelton@longlevit.com
scahill@longlevit.com

Attorneys for Defendant
S.A.W. ENTERTAINMENT, LTD, d/b/a LARRY FLYNT'S HUSTLER CLUB and GOLD CLUB – S.F., LLC d/b/a GOLD CLUB SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NICOLE HUGHES, ANGELYNN HERMES, and PENNY NUNEZ, individually and on behalf of others similarly situated,

Plaintiffs,

v.

S.A.W. ENTERTAINMENT, LTD, d/b/a LARRY FLYNT'S HUSTLER CLUB, and GOLD CLUB – S.F., LLC d/b/a GOLD CLUB SAN FRANCISCO

Defendants.

Case No. 3:16-cv-03371-LB

**STIPULATION RE ORDER AT ECF NO. 57** : ORDER

**STIPULATION RE RE-SETTING OF MOTION HEARING DATES**

The parties have conferred with respect to the December 22, 2016 hearing dates for the parties' pending motions at ECF Nos. 37 and 44 and hereby stipulate to have the hearings re-set from December 22, 2016 to January 12, 2017 at 9:30 a.m. in Courtroom C.

Dated: December 19, 2016

LONG & LEVIT LLP

By: */s/ Douglas J. Melton*
DOUGLAS J. MELTON
Attorneys for Defendant
S.A.W. ENTERTAINMENT, LTD, d/b/a LARRY FLYNT'S HUSTLER CLUB and GOLD CLUB – S.F., LLC d/b/a GOLD CLUB SAN FRANCISCO

Dated: December 19, 2016

LICHTEN & LISS-RIORDAN

By: */s/ Shannon Liss-Riordon*
SHANNON LISS-RIORDAN
Attorneys for Plaintiff
NICOLE HUGHES, ANGELYNN HERMES, and PENNY NUNEZ

**SIGNATURE ATTESTATION**

In accordance with Civ. L.R. 5-1, I hereby attest that I have obtained the concurrence to the filing of this document from each of the other signatories hereto.

*/s/ Douglas J. Melton*
DOUGLAS J. MELTON

Dated: December 20, 2016

UNITED STATES DISTRICT COURT
APPROVED
LBB
Judge Laurel Beeler
NORTHERN DISTRICT OF CALIFORNIA

LONG & LEVIT LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

DOCS\S0301-246\815620.1

- 2 -

STIPULATION RE ORDER AT ECF NO. 57

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses for the following attorney(s) of record and/or interested parties in the case of *Nicole Hughes v. S.A.W. Entertainment, Ltd., dba Larry Flynt's Hustler Club*, United States District Court for the Northern District of California, Case No. 4:16-cv-03371-LB, in compliance with Fed. R. Civ. P. 5 and Civ. L.R. 5-1:

***Attorneys for Plaintiff***

Shannon Liss-Riordan, Esq. (*pro hac vice*)
E-mail: sliss@llrlaw.com
Lichten & Liss-Riordan, P.C.
729 Boylson Street, Suite 2000
Boston, MA 02116
Ph: (617) 994-5800
Fax: (617) 994-5801

Matthew D. Carlson, Esq.
E-mail: mcarlson@llrlaw.com
Michael L. Freedman, Esq.
E-mail: mfreedman@llrlaw.com
Lichten & Liss-Riordan, P.C.
466 Geary St., Suite 201
San Francisco, CA 94102
Ph: (415) 630-2651
Fax: (617) 995-5801

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on December 19, 2016.

*/s/ Douglas J. Melton*